Edwin Aiwazian (Cal. State Bar No. 232943)
    *edwin@calljustice.com*
Jacob Karczewski (Cal. State Bar No. 268295)
    *jacob@calljustice.com*
Talar DerOhannessian (Cal. State Bar No. 311687)
    *talar@calljustice.com*
**LAWYERS FOR JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:   (818) 265-1021

Attorneys for Plaintiff
MARIA GUARDADO

David J. Dow (SBN 179407)
    ddow@littler.com
Jocelyn D. Hannah (SBN224666)
    jhannah@littler.com
Amanda Fleming (344927)
    afleming@littler.com
**LITTLER MENDELSON P.C.**
501 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 232-0441
Facsimile: (619) 232-4302

Attorneys for Defendants
FIRST STUDENT MANAGEMENT, LLC
and FIRST STUDENT, INC.,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUARDADO, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>FIRST STUDENT MANAGEMENT, LLC, a Delaware limited liability company; FIRST STUDENT, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  2:22−cv−08699−MEMF−E<br><br>Honorable Maame Ewusi-Mensah Frimpong<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  October 17, 2022<br>Trial Date:           May 20, 2024 |

**PLEASE TAKE NOTICE** that Plaintiff MARIA GUARDADO ("Plaintiff") and Defendants FIRST STUDENT MANAGEMENT, LLC and FIRST STUDENT, INC (collectively, "Defendants," and together with Plaintiff as the "Parties") have reached a settlement on an individual basis. Pursuant to Local Rule 40-2, telephonic notice of the individual settlement was provided to the Court Clerk on March 20, 2023. The Parties respectfully request the Court vacate all dates and deadlines to allow the Parties to finalize and obtain the necessary signatures for the long-form settlement agreement and present the Court with a voluntary dismissal of Plaintiff's individual claims <u>with</u> prejudice and dismissal of the class claims <u>without</u> prejudice.

Respectfully submitted,

Date: March 20, 2023            **LAWYERS *for* JUSTICE, PC**

BY: /s/ Talar DerOhannessian
Talar DerOhannessian
Attorneys *for* Plaintiff

Date: March 20, 2023            **LITTLER MENDELSON P.C.**

BY: /s/ David J. Dow
David J. Dow
Jocelyn D. Hannah
Amanda Fleming
Attorneys *for* Defendants

\*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.